**EXHIBIT A**

**Proposed Constructions for Disputed Terms and Supporting Evidence[1]**

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **a FOUP opener / a plurality of FOUP openers**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE031: 15, 29; RE772: 1, 8; RE145: 15, 16, 25, 26 | Proposed Construction<br>This term is not a means-plus-function limitation.<br><br>Plain and ordinary meaning, also known as a load port<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1-2 (col. 10:1-5), 8-9 (col. 10:21-24), 13 (col. 10:34-35), 15 (10:38-40)<br><br>Col. 1:40-52, 2:35-47, 8:9-32, 10:45-48, 12:1-3, 13:41-14:49, 16:8-15, 16:29-36, 16:52-62, 20:44-53, 24:25-31, 26:4-8<br><br>File Histories<br>• RE772: 2014-02-05, Office Action, pg. 12; 2014-08-06 Office Action, pg. 4<br>• RE909: 2019-11-06, Notice of Allowance, pg. 2<br>• RE031: 2020-01-31, Notice of Allowance, pg. 2 | Proposed Construction<br>This term is governed by 112 ¶ 6. The corresponding function is "moving the opener-side door and the FOUP-side door horizontally in the interface space between open and closed positions." The specification fails to disclose adequate structure and the term is therefore invalid under 112 ¶ 6.<br><br>Alternate Construction: a device that moves the opener-side door and the FOUP-side door horizontally in the interface space between open and closed positions<br><br>Intrinsic Evidence<br>RE772 at 1:41-58, 2:35-47, 3:41-4:32, 11:17-29, 11:63-12:8, 13:36-14:55, Figs. 1-2, 13-15.<br><br>"Reissue Amendment with Request for Continued Examination" pp. 2-8, 17-20, filed December 31, 2014 during prosecution of Application No. 13,750,625, now asserted patent US RE45,772. |

---

[1] "Claim Language" refers to all Asserted Patents. Further, the Asserted Patents all share a common specification. References to figures or a specification are to U.S. Patent No. RE45,772 unless otherwise noted.

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | Extrinsic Evidence<br>Testimony of Dr. Alexander Glew<br><br>U.S. Patent No. 6,470,927 (K0004849)<br>- Abstract<br>- FIG. 1 (col. 4:7-10)<br>- Col. 1:24-27, 2:53-3:4, 4:34-8:45<br><br>U.S. Patent No. 6,832,680 (K0004861)<br>- FIG. 1 (col. 6:66-7:2)<br>- Col. 7:66-8:1, 8:24-26<br><br>U.S. Patent No. 7,467,916 (K0004885)<br>- FIGS. 1-2 (col. 5:1-7)<br>- Col. 5:48-60, 6:28-32<br><br>U.S. Patent No. 7,967,262 (K0004907)<br>- Abstract<br>- FIG. 2 (col. 2:65-67)<br>- Col. 3:19-5:20<br><br>U.S. Patent Pub. No. 2002/0015636 (K0004786)<br>- FIG. 1 ([0051])<br>- [0005]-[0007], [0102]<br><br>U.S. Patent Pub. No. 2002/0044859 (K0004810)<br>- Abstract<br>- FIGS. 1-2 ([0023]-[0024])<br>- [0005]-[0006], [0037], [0066]-[0069]<br><br>U.S. Patent Pub. No. 2003/0012627 (K0004823)<br>- FIG. 1 ([0025])<br>- [0005]-[0011] | Extrinsic Evidence<br>ELECTRONIC MATERIALS 8 (2005) - "Measures Against Particle Generation of the FOUP Opener" p. 34 and Fig. 1.<br><br>International SEMATECH I3001 Factory Guidelines, Version 5.0, published April 28, 2000 ("SEMATECH"), pp. 14-16, 19, 23, 32-33, 77, 84, 87.<br><br>SEMI T4-0301, E15, E47, E57, E62, E63, E84. (RORZE009883-RORZE01517) Global Joint Guidance for 300m, Figure 5. (RORZE009568-RORZE009606)<br><br>U.S. 7,651,311 B2 "311 Hashimoto" at 2:1-14, 3:46-59, 10:7-14, 9:48-10:31, 11:16-17:46, 18:63-19:61, 22:10-61, 23:16-56, and Figs. 1-3, 5-11, 12(1), 12(2), 12(3), 13(1), 13(2), 14(1), 14(2), 16. 20, 21(1), 21(2), and 21(3).<br><br>U.S. 7,942,619 B2 "619 Hashimoto" at 1:22-2:5, 7:41-8-41, 8:46-15:29, 26:4-37:12, 38:62-39:46, and Figs. 1-3, 5-7, 14-25, 29-31.<br><br>U.S. 8,348,583 B2 "583 Fuji" at 3:12-21, 6:54-7:7, 7:16-8:65, and Figs. 1-3, 3a.<br><br>U.S. 2001/0048866 A1 "866 Sakiya" at [0011-0024, 0089-0096, 0098-0111] and Figs. 1-3.<br><br>U.S. 6,609,876 "Mages" at 1:25-2:21, 4:34-60, 5:22-64, and Figs. 1, 4-8. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | JP 2003-45933 (K0000365) and Machine Translation (RORZE009876)<br>• FIGS. 1-3 ([0051]-[0053]), 11 ([0061])<br><br>K0004770, K0004772, K0004773, K0004776, K0004784, K0004921, K0004921-KT-01, K0004930, K0004930-KT-01, RORZE009417, RORZE015348, RORZE015348-KT-01, RORZE015354 | JP4476457B2 "457 Sumio" at [0002-0011, 0046], and Figs. 1 and 8.<br><br>U.S. 7,021,882 B2 "882 Otaguro" at 1:26-2:42, 4:44-56, 4:63-7:11, and Figs. 1-6.<br><br>U.S. 6,824,344 B2 "344 Otaguro" at 1:19-2:36, 4:39-53, 4:58-7:5, and Figs. 1-6.<br><br>U.S. 6,470,927 B2 "927 Otaguro" at 1:16-2:34, 2:9-34, 4:7-29, 4:38-7:6, 7:34-51, and Figs. 1-6.<br><br>U.S. 5,611,655 "Fukasawa" at 5:35-7:32 and Figs. 2-4. (RORZE015247-RORZE015271)<br><br>U.S. 2004/0152322 "322 Tokunaga" at [0002-0007, 0019, 0025-0026, 0053-0062] and Figs. 4, 8-9. (RORZE015175-RORZE015185 and RORZE015203-RORZE015233)<br><br>U.S. 5,695,564 "Imahashi" at 1:10-2:20, 4:16-48, 4:52-8:51, and Figs. 1, 3, 11-12. (RORZE015272-RORZE015290)<br><br>JP 2002/359,273 "Hayashi" at [0001-0022] and Figs. 3-4, 6-7, 11-12. (RORZE009607-RORZE009610 and RORZE009851-RORZE009857)<br><br>JP 2003/179120 "Kazunari" at [0015-0016, 0020, 0024, 0028-0030, 0034, 0037, 0042] and Figs. 1-3. (RORZE009718-RORZE009771 and RORZE009858-RORZE009875) |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | U.S. 2003/0031537A1 "537 Tokunaga" at [0005, 0008, 0010-0013, 0025-0026, 0046-0048, 0051-0052, 0060, 0062, 0073, 0075-0076, 0078, 0080, 0091] and Figs. 1-4, 9, 11-12. (RORZE015186-RORZE015202)<br><br>JP 2004/200669A "Kanako" at [0006, 0009-0010, 0012, 0026, 0049, 0054-0055, 0064-0066, 0071] and Figs. 1-3, 7(a), 12. (RORZE 009772-RORZE009850)<br><br>JP 2003/045933 "Kenji" at [0022-0023] and Figs. 1-2. (RORZE09709-RORZE009718 and RORZE009876-RORZE009882)<br><br>U.S. 2005/0158153 "Sundar" at [0020-0026] and Fig. 1. (RORZE015234-RORZE015246) |
| **a robot invasion restricted region**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE031: 15, 29; RE772: 1, 8; RE145: 15, 16, 25, 26 | Proposed Construction<br>a space that the robot arm in its minimum transformed state is not long enough to enter thereby preventing interference of the robot in its minimum transformed state with the FOUP opener(s) and front wall<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1 (col. 10:1-3), 3 (col. 10:6-8), 8-9 (col. 10:21-24), 12 (col. 10:31-33)<br><br>Col. 2:43-47, 3:30-40, 4:40-8:8, 9:11-60, 10:45-48, 18:34-54, 19:7-20, 22:9-23:55, 25:12-26, 26:37-51 | Proposed Construction<br>a region extending horizontally into the interface space beyond the closed opener-side door into which the opener-side door and FOUP-side door move horizontally when opening<br><br>Intrinsic Evidence<br>RE772 at 1:41-58, 2:35-47, 3:41-4:16, 4:17-32, 5:36-45, 11:18-29, 11:65-12:8, 13:41-14:55, 14:50-55, 19:7-20, 21:29-50, and Figs. 1-2, 13-15, and the claims.<br><br>"Amendment" pp. 6-11, 18-21, filed on July 18, 2007 during prosecution of Application No. 11/879,509, now U.S. Patent No. 7,874,782. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | Extrinsic Evidence<br>Testimony of Dr. Alexander Glew | "Amendment in Reissue Application" pp. 3-6, 13-14, filed April 18, 2018 during prosecution of Application No. 15/599,227, now asserted patent US RE47,145.<br><br>"Request for Reconsideration" p. 1-2, filed December 23, 2019 during prosecution of Application No. 16,178,125, now asserted patent US RE48,031.<br><br>"Reissue Amendment with Request for Continued Examination" pp. 2-8, 17-20, filed December 31, 2014 during prosecution of Application No. 13,750,625, now asserted patent US RE45,772.<br><br>Extrinsic Evidence<br>ELECTRONIC MATERIALS 8 (2005) - "Measures Against Particle Generation of the FOUP Opener" p. 34 and Fig. 1.<br><br>International SEMATECH I3001 Factory Guidelines, Version 5.0, published April 28, 2000 ("SEMATECH"), pp. 14-16, 19, 23, 32-33, 77, 84, 87. (RORZE009611-RORZE009708)<br><br>SEMI T4-0301, E15, E47, E57, E62, E63, E84. (RORZE009883-RORZE01517)<br><br>Global Joint Guidance for 300m, Figure 5. (RORZE009568-RORZE009606)<br><br>U.S. 7,651,311 B2 "311 Hashimoto" at 2:1-14, 3:46-59, 10:7-14, 9:48-10:31, 11:16-17:46, 18:63-19:61, 22:10-61. 23:16-56, and Figs. 1-3, |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | 5-11, 12(1), 12(2), 12(3), 13(1), 13(2), 14(1), 14(2), 16. 20, 21(1), 21(2), and 21(3). <br><br> U.S. 7,942,619 B2 "619 Hashimoto" at 1:22-2:5, 7:41-8:41, 8:46-15:29, 26:4-37:12, 38:62-39:46, and Figs. 1-3, 5-7, 14-25, 29-31. <br><br> U.S. 8,348,583 B2 "583 Fuji" at 3:12-21, 6:54-7:7, 7:16-8:65, and Figs. 1-3, 3a. <br><br> U.S. 2001/0048866 A1 "866 Sakiya" at [0011-0024, 0089-0096, 0098-0111] and Figs. 1-3. <br><br> U.S. 6,609,876 "Mages" at 1:25-2:21, 4:34-60, 5:22-64, and Figs. 1, 4-8. <br><br> JP4476457B2 "457 Sumio" at [0002-0011, 0046], and Figs. 1 and 8. <br><br> U.S. 7,021,882 B2 "882 Otaguro" at 1:26-2:42, 4:44-56, 4:63-7:11, and Figs. 1-6. <br><br> U.S. 6,824,344 B2 "344 Otaguro" at 1:19-2:36, 4:39-53, 4:58-7:5, and Figs. 1-6. <br><br> U.S. 6,470,927 B2 "927 Otaguro" at 1:16-2:34, 2:9-34, 4:7-29, 4:38-7:6, 7:34-51, and Figs. 1-6. <br><br> U.S. 5,611,655 "Fukasawa" at 5:35-7:32 and Figs. 2-4. (RORZE015247-RORZE015271) <br><br> U.S. 2004/0152322 "322 Tokunaga" at [0002-0007, 0019, 0025-0026, 0053-0062] and Figs. 4, 8-9. (RORZE015175-RORZE015185 and RORZE015203-RORZE015233) |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | U.S. 5,695,564 "Imahashi" at 1:10-2:20, 4:16-48, 4:52-8:51, and Figs. 1, 3, 11-12. (RORZE015272-RORZE015290)<br><br>JP 2002/359,273 "Hayashi" at [0001-0022] and Figs. 3-4, 6-7, 11-12. (RORZE009607-RORZE009610 and RORZE009851-RORZE009857)<br><br>JP 2003/179120 "Kazunari" at [0015-0016, 0020, 0024, 0028-0030, 0034, 0037, 0042] and Figs. 1-3. (RORZE009718-RORZE009771 and RORZE009858-RORZE009875)<br><br>U.S. 2003/0031537A1 "537 Tokunaga" at [0005, 0008, 0010-0013, 0025-0026, 0046-0048, 0051-0052, 0060, 0062, 0073, 0075-0076, 0078, 0080, 0091] and Figs. 1-4, 9, 11-12. (RORZE015186-RORZE015202)<br><br>JP 2004/200669A "Kanako" at [0006, 0009-0010, 0012, 0026, 0049, 0054-0055, 0064-0066, 0071] and Figs. 1-3, 7(a), 12. (RORZE 009772-RORZE009850)<br><br>JP 2003/045933 "Kenji" at [0022-0023] and Figs. 1-2. (RORZE09709-RORZE009718 and RORZE009876-RORZE009882)<br><br>U.S. 2005/0158153 "Sundar" at [0020-0026] and Fig. 1. (RORZE015234-RORZE015246) |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **wherein, in a minimum transformed state where the robot arm is transformed such that a distance defined from the pivot axis to an arm portion which is farthest in a radial direction relative to the pivot axis is minimum**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE031: 15, 29; RE772: 1, 8; RE145: 15, 25 | Proposed Construction<br>Plain and ordinary meaning<br><br>Alternate Construction: the distance from the pivot axis to an arm portion, which extends in the horizontal direction and is the farthest in the radial direction from the pivot axis, is the minimum<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1 (col. 10:1-3), 3 (col. 10:6-8), 8-9 (col. 10:21-24), 12 (col. 10:31-33)<br><br>Abstract<br><br>Col. 4:1-5, 4:40-63, 6:43-67, 7:21-8:8, 9:11-25, 10:45-48, 18:10-19:20, 22:9-20, 22:32-41, 29:53-58<br><br>Files Histories<br>• RE465: 2016-05-09 Office Action, pg. 9; 2017-03-30 Notice of Allowance, pg. 2<br>• RE145: 2018-02-13 Office Action, pg. 7-8; 2018-08-10 Notice of Allowance, pg. 2<br>• RE031: 2019-09-26 Office Action, pg. 7<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew | Proposed Construction<br>This term is invalid under 112 ¶ 1. The patents do not disclose or enable this term for a robot arm where the pivot axis and/or one or more link axes are not parallel to the base axis, such as where the pivot axis and the link axes are horizontal.<br><br>Alternative Construction: Ordinary meaning<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for "robot invasion restricted region" ("RIRR"), FOUP opener, Interface Space, and the base terms in Exhibit B (herein referred to as "Base" for convenience").<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR, FOUP opener, Interface Space, and Base. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **measured from the front wall in the forward and backward directions**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE772: 1, 8; RE145: 15, 16 | Proposed Construction<br>This term is part of a larger claim term[2] and in context of the surrounding claim language means that:<br><br>a length E of a robot invasion restricted region is measured from the outside of the front wall in the forward and backward directions toward the rear wall<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1 (col. 10:1-3), 3 (col. 10:6-8)<br><br>Col. 3:30-56, 4:17-22, 4:45-50, 4:64-5:2, 5:30-7:48, 9:16-22, 9:49-53, 10:45-48, 12:17-51, 13:1-14:55, 19:7-20, 22:9-23:55, 26:37-51<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew | Proposed Construction<br>measured from an interior face of the front wall in the forward and backward directions<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>RE772 at 4:45-50, 5:46-54, 6:6-46, 7:22-8:2, 9:16-22, 18:34-54, 22:9-58, and 23:18-19.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener. |

---

[2] The complete claim term is "a length E of a robot invasion restricted region, which is set for the FOUP opener and is measured from the front wall in the forward and backward directions toward the rear wall."

9

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **the robot arm including a plurality of link members connected with one another in succession in a direction from the proximal end to the distal end**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE031: 15, 29; RE772: 1, 8; RE145: 15, 16, 25, 26 | Proposed Construction<br>Plain and ordinary meaning<br><br>Alternate Construction: the robot arm has more than one distinct link member, each link member being connected to another link member in succession from the proximal end (attached to the base) to the distal end<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1-12 (col. 10:1-33)<br><br>Col. 3:60-4:1, 4:64-5:2, 5:55-8:8, 14:62-15:17, 17:3-18:24, 19:21-22:2, 22:21-31, 22:42-23:15, 24:14-26:36, 27:5-19, 28:9-20<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew | Proposed Construction<br>This term is invalid under 112 ¶ 1. The patents do not disclose or enable the use of a robot arm with only two links or segments in connection with the identified claims.<br><br>Alternative Construction: Ordinary meaning<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR, FOUP opener, Interface Space, and Base.<br><br>RE772 at 2:10-47, 5:55-6:5, 8:37-9:11, 14:56-61, 15:18-32, 16:63-17:14.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR, FOUP opener, Interface Space, and Base.<br><br>Fukasawa at 5:12-17 and 6:39-54.<br><br>322 Tokunaga at [0019 and 0071].<br><br>Imahashi at 6:38-46.<br><br>537 Tokunaga at [0014, 0034, 0045, 0065-0066].<br><br>Kanako at [0059-0060] and Figs. 5-6. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **the length B corresponding to a length between the front wall and the rear wall**<br><br>Independent Claims<br>RE909: 15, 22; RE465: 15; RE031: 15, 29; RE772: 1, 8 RE145: 15, 16 | Proposed Construction<br>This term is part of a larger claim term[3] and in context of the surrounding claim language means that:<br><br>the length B is the distance from the outside of the front wall to the inside of the rear wall in the forward and backward directions<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1 (col. 10:1-3), 3 (col. 10:6-8)<br><br>Col. 3:30-4:32, 4:45-50, 4:64-5:2, 5:30-7:48 8:16-20, 8:33-9:39, 9:49-53, 10:45-48, 12:17-31, 16:52-62, 18:29-54, 19:7-20, 22:9-16, 22:32-58, 23:16-55, 26:37-51<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew | Proposed Construction<br>the length B corresponding to a length between an interior face of the front wall and an interior face of the rear wall<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>RE772 at 4:45-50, 5:46-54, 6:6-46. 7:22-8:2, 9:16-22, 18:34-54, 22:9-58, and 23:18-19.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener. |

---

[3] Except for claim 15 of the RE465 Patent, the complete claim term is "a length B in the forward and backward directions of the interface space, the length B corresponding to a length between the front wall and the rear wall of the interface space forming portion."

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **a wafer container / a plurality of wafer containers**<br><br>Independent Claims<br>RE145: 15, 16, 25, 26, 27 (dep), 29 (dep) | Proposed Construction<br>FOUP / more than one FOUP<br><br>Intrinsic Evidence<br>Claim Language<br><br>Col. 1:41-44, 10:55-63<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew<br><br>U.S. Patent No. 6,470,927 (K0004849)<br>• Abstract<br>• FIG. 1 (col. 4:7-10)<br>• Col. 1:24-27, 2:53-3:4, 4:34-8:45<br><br>U.S. Patent No. 7,467,916 (K0004885)<br>• FIGS. 1-2 (col. 5:1-7)<br>• Col. 5:48-60, 6:28-32<br><br>U.S. Patent No. 7,967,262 (K0004907)<br>• Abstract<br>• FIG. 2 (col. 2:65-67)<br>• Col. 3:19-5:20<br><br>U.S. Patent Pub. No. 2002/0015636 (K0004786)<br>• FIG. 1 ([0051])<br>• [0005]-[0007], [0102]<br><br>U.S. Patent Pub. No. 2002/0044859 (K0004810)<br>• Abstract<br>• FIGS. 1-2 ([0023]-[0024])<br>• [0005]-[0006], [0037], [0066]-[0069] | Proposed Construction<br>This term is invalid under 112 ¶ 1 and 2. The patents do not disclose or enable the use of a wafer container that is not a FOUP in connection with the identified claims. For at least the same reasons, the scope of the claims cannot be reasonably ascertained.<br><br>Alternative Construction:  Ordinary meaning<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener.<br><br>Wikipedia, FOUP, available at https://en.wikipedia.org/wiki/FOUP.<br><br>Wikipedia, SMIF (interface), available at https://en.wikipedia.org/wiki/SMIF (interface).<br><br>US4532970 to Tullis at Abstract, Figures 1-8, 1:35-6:30.<br><br>US5370491 to Bonora at Abstract, Figure 1-9, 1:55-10:20.<br><br>US5482161 to Williams at Abstract, Figures 1-14, 1:6-2:65, 3:3-7:56. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | U.S. Patent Pub. No. 2003/0012627 (K0004823)<br>• FIG. 1 ([0025])<br>• [0005]-[0011] | SEMI T4-0301, E15, E19, E19.4, E19.5, E47, E48, E100, E111. (RORZE009883-RORZE01517) |
| **an interface space**<br><br>Independent Claims<br>RE909: 15, 22; RE031: 15, 29; RE772: 1, 8; RE145: 15, 16, 25, 26 | Proposed Construction<br>an interface space is the volume defined by the interface space forming portion and includes the volume of the front openings of the front wall of the interface space forming portion<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1-12 (col. 10:1-33)<br><br>Col. 3:30-4:39, 4:45-50, 4:64-5:2, 5:30-7:48, 8:9-13, 8:16-20, 8:33-9:39, 9:49-53, 10:45-48, 10:55-11:8, 11:40-13:40, 14:17-41, 14:53-55, 16:52-62, 18:29-54, 19:7-20, 22:9-16, 22:32-58, 23:16-55, 26:37-51, 29:12-18<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew<br><br>Merriam-Webster's Collegiate Dictionary, 11th Ed. 2005 – Space: a limited extent in one, two, or three dimensions: DISTANCE, AREA, VOLUME (K0004937) | Proposed Construction<br>a space between an interior face of the front wall and an interior face of the rear wall and not including the closed opener-side doors<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>RE772 at 1:3-56, 3:23-46, 4:22-35, 5:36-54, 6:6-8:2, 9:16-22, 18:34-54, 22:32-23:19.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| **a substrate container / a plurality of substrate containers**<br><br>Independent Claims<br>RE909: 15, 22, 29 (dep); RE031: 15, 20 (dep), 29, 34 (dep); RE772: 1, 8 | Proposed Construction<br>FOUP / more than one FOUP<br><br>Intrinsic Evidence<br>Claim Language<br><br>Col. 1:41-44, 4:19-20, 10:55-63<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew<br><br>U.S. Patent No. 6,470,927 (K0004849)<br>• Abstract<br>• FIG. 1 (col. 4:7-10)<br>• Col. 1:24-27, 2:53-3:4, 4:34-8:45<br><br>U.S. Patent No. 7,467,916 (K0004885)<br>• FIGS. 1-2 (col. 5:1-7)<br>• Col. 5:48-60, 6:28-32<br><br>U.S. Patent No. 7,967,262 (K0004907)<br>• Abstract<br>• FIG. 2 (col. 2:65-67)<br>• Col. 3:19-5:20<br><br>U.S. Patent Pub. No. 2002/0015636 (K0004786)<br>• FIG. 1 ([0051])<br>• [0005]-[0007], [0102]<br><br>U.S. Patent Pub. No. 2002/0044859 (K0004810)<br>• Abstract<br>• FIGS. 1-2 ([0023]-[0024])<br>• [0005]-[0006], [0037], [0066]-[0069] | Proposed Construction<br>This term is invalid under 112 ¶ 1 and 2. The patents do not disclose or enable the use of a substrate container that is not a FOUP in connection with the identified claims. For at least the same reasons, the scope of the claims cannot be reasonably ascertained.<br><br>Alternative Construction: Ordinary meaning<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener.<br><br>Wikipedia, FOUP, available at https://en.wikipedia.org/wiki/FOUP.<br><br>Wikipedia, SMIF (interface), available at https://en.wikipedia.org/wiki/SMIF (interface).<br><br>US4532970 to Tullis at Abstract, Figures 1-8, 1:35-6:30.<br><br>US5370491 to Bonora at Abstract, Figure 1-9, 1:55-10:20.<br><br>US5482161 to Williams at Abstract, Figures 1-14, 1:6-2:65, 3:3-7:56. |

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | U.S. Patent Pub. No. 2003/0012627 (K0004823)<br>• FIG. 1 ([0025])<br>• [0005]-[0011] | SEMI T4-0301, E15, E19, E19.4, E19.5, E47, E48, E100, E111. (RORZE009883-RORZE01517) |
| **movement of the FOUP opener during such opening and closing defining a robot invasion restricted region extending in the forward and backward directions**<br><br>Independent Claims<br>RE145: 25, 26 | Proposed Construction<br>Plain and ordinary meaning<br><br>Intrinsic Evidence<br>Claim Language<br><br>FIGS. 1-2 (col. 10:1-5), 8-9 (col. 10:21-24), 13 (col. 10:34-35), 15 (10:38-40)<br><br>Col. 1:40-52, 2:35-47, 8:9-32, 10:45-48, 12:1-3, 13:41-14:49, 16:8-15, 16:29-36, 16:52-62, 20:44-53, 24:25-31, 26:4-8<br><br>File Histories<br>• RE772: 2014-02-05, Office Action, pg. 12; 2014-08-06 Office Action, pg. 4<br>• RE909: 2019-11-06, Notice of Allowance, pg. 2<br>• RE031: 2020-01-31, Notice of Allowance, pg. 2<br><br>Extrinsic Evidence<br>Testimony of Dr. Alexander Glew<br><br>U.S. Patent No. 6,470,927 (K0004849)<br>• Abstract<br>• FIG. 1 (col. 4:7-10)<br>• Col. 1:24-27, 2:53-3:4, 4:34-8:45 | Proposed Construction<br>movement of the opener-side door and the FOUP-side door horizontally in the interface space between open and closed positions [defining a robot invasion restricted region extending in the forward and backward directions]<br><br>Intrinsic Evidence<br>*See* Intrinsic Evidence for RIRR and FOUP opener.<br><br>RE772 at 1:3-56, 3:23-46, 4:22-35, 5:36-54, 6:6-8:2, 9:16-22, 18:34-54, 22:32-23:19.<br><br>Extrinsic Evidence<br>*See* Extrinsic Evidence for RIRR and FOUP opener. |

15

| Claim Term | Kawasaki's Proposed Construction and Supporting Evidence | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| | U.S. Patent No. 6,832,680 (K0004861)<br>• FIG. 1 (col. 6:66-7:2)<br>• Col. 7:66-8:1, 8:24-26<br><br>U.S. Patent No. 7,467,916 (K0004885)<br>• FIGS. 1-2 (col. 5:1-7)<br>• Col. 5:48-60, 6:28-32<br><br>U.S. Patent No. 7,967,262 (K0004907)<br>• Abstract<br>• FIG. 2 (col. 2:65-67)<br>• Col. 3:19-5:20<br><br>U.S. Patent Pub. No. 2002/0015636 (K0004786)<br>• FIG. 1 ([0051])<br>• [0005]-[0007], [0102]<br><br>U.S. Patent Pub. No. 2002/0044859 (K0004810)<br>• Abstract<br>• FIGS. 1-2 ([0023]-[0024])<br>• [0005]-[0006], [0037], [0066]-[0069]<br><br>U.S. Patent Pub. No. 2003/0012627 (K0004823)<br>• FIG. 1 ([0025])<br>• [0005]-[0011]<br><br>K0004770, K0004772, K0004773, K0004776, K0004784, K0004921, K0004921-KT-01, K0004930, K0004930-KT-01, RORZE009417, RORZE015348, RORZE015348-KT-01, RORZE015354 | |