**EXHIBIT B**

**Rorze's Additional Disputed Terms and Supporting Evidence**

| No. | Claim Term | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| 1 | "a base which is positioned relative to the interface space forming portion and at which a predetermined pivot axis is set"<br><br>**RE145 Claims 25, 26** | Rorze previously identified the terms in this table as disputed pursuant to PLR 4-1 and/or 4-2. Rorze provided proposed constructions and citations to evidence with its PLR 4-2 disclosure.<br><br>Rorze refers to terms (1)-(4) herein as the "base terms" and contends they may be grouped for purposes of claim construction as the single term "a base." In addition, and/or in the alternative, each base term should be given its ordinary meaning.<br><br>**Proposed Construction ["a base"]:** "a fixed base"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR and FOUP opener in Exhibit A. *See also* the following: RE772 at 2:10-47, 5:55-6:5, 8:37-9:11, 14:56-61, 15:18-32, 16:63-17:14.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR and FOUP opener in Exhibit A. |
| 2 | "a base which is located in the interface space and at which a predetermined pivot axis is set"<br><br>**RE031 Claims 15, 29** | *See* Term No. 1, above. |
| 3 | "a base on which a predetermined pivot axis is set"<br><br>**RE465 Claim 15** | *See* Term No. 1, above. |

| No. | Claim Term | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| 4 | "a base which is fixed to the interface space forming portion and at which a predetermined pivot axis is set"<br><br>**RE772 Claims 1, 8; RE145 Claims 15, 16; RE909 Claims 15, 22** | *See* Term No. 1, above. |
| 5 | "the opener-side door and the FOUP-side door move relative to the substrate container"<br><br>**RE031 Claims 15, 29** | **Proposed Construction**: "the opener-side door and the FOUP-side door move horizontally in the interface space relative to the substrate container"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR and FOUP opener in Exhibit A.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR and FOUP opener in Exhibit A. |
| 6 | "a distance which the FOUP opener moves"<br><br>**RE909 Dependent Claim 31** | **Proposed Construction**: "a distance which the opener-side door and the FOUP-side door move horizontally in the interface space"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR and FOUP opener in Exhibit A.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR and FOUP opener in Exhibit A. |
| 7 | "an interface space forming portion"<br><br>**RE772 Claims 1, 8; RE145 Claims 15, 16, 25, 26; RE909 Claims 15, 22; RE031 Claims 15, 29** | **Proposed Construction:** "a structure that defines the interface space and that includes the closed opener-side door of each FOUP opener as well as the front wall and the rear wall"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |

2

| No. | Claim Term | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
|   |   | **Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |
| 8 | "a length between the front opening and the rear opening in the forward and backward directions"<br><br>**RE145 Claims 25, 26** | **Proposed Construction**: "a length between an interior plane of the front opening and an interior plane of the rear opening in the interface space"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |
| 9 | "measured from the front face plate in the forward and backward directions"<br><br>**RE031 Claim 29** | **Proposed Construction**: "measured from an interior face of the front face plate in the forward and backward directions"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |
| 10 | "the minimum rotation radius R is set to be equal to or less than an allowable length (B−E) to be obtained by subtracting a length E of a robot invasion restricted region, which is set for the FOUP opener and is measured from the front wall in the forward and backward directions toward the rear wall, from the length B (i.e., R≤B−E), and the minimum rotation radius R is set so that the robot arm in the minimum | **Proposed Construction**: This term is invalid under 112 ¶ 1. The patents do not disclose or enable this term including "the minimum rotation radius R is set to be equal to or less than an allowable length (B−E)" and "from the length B (i.e., R≤B−E)."<br><br>**Alternative Construction**: Ordinary meaning<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |

| No. | Claim Term | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
|  | transformed state cannot enter the robot invasion restricted region"  **RE145, Claim 15** | **Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |
| 11 | "the first link distance L1 is set to be equal to or less than an allowable length (B−E) to be obtained by subtracting a length E of a robot invasion restricted region, which is set for the FOUP opener and is measured from the front wall in the forward and backward directions toward the rear wall, from the length B (i.e., L1≤B−E), and the first link distance L1 is set so that the first link member cannot enter the robot invasion restricted region"  **RE145, Claim 16** | **Proposed Construction**: This term is invalid under 112 ¶ 1. The patents do not disclose or enable this term including "the first link distance L1 is set to be equal to or less than an allowable length (B−E)" and "from the length B (i.e., L1≤B−E)."  **Alternative Construction**: Ordinary meaning  **Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A.  **Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |
| 12 | "the minimum rotation radius R is set (i) to be equal to or less than a length between the opener-side door and the rear opening in the forward and backward directions, and (ii) so that the robot arm in the minimum transformed state cannot enter the robot invasion restricted region"  **RE145, Claim 25** | **Proposed Construction for "a length between the opener-side door and the rear opening in the forward and backward directions"**: "a length between an inner face of the opener-side door and an interior plane of the rear opening in the forward and backward directions"  **Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A.  **Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |

| No. | Claim Term | Rorze's Proposed Construction and Supporting Evidence |
|---|---|---|
| 13 | "the first link distance L1 is set (i) to be equal to or less than a length between the opener-side door and the rear opening in the forward and backward directions, and (ii) so that the first link member cannot enter the robot invasion restricted region"<br><br>**RE145, Claim 26** | **Proposed Construction for "a length between the opener-side door and the rear opening in the forward and backward directions"**: "a length between an inner face of the opener-side door and an interior plane of the rear opening in the forward and backward directions"<br><br>**Intrinsic Evidence**: *See* Intrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A.<br><br>**Extrinsic Evidence**: *See* Extrinsic Evidence for RIRR, FOUP opener, and Interface Space in Exhibit A. |