| | |
|---|---|
| Saundra K. Wootton (SBN 224674)<br>saundra.wootton@kutakrock.com<br>**KUTAK ROCK LLP**<br>777 South Figueroa Street, Suite 4550<br>Los Angeles, California  90017-5800<br>Telephone:   (213) 312-4000<br>Facsimile:    (213) 312-4001 | Jason S. Jackson (*pro hac vice*)<br>jason.jackson@kutakrock.com<br>**KUTAK ROCK LLP**<br>1801 California Street, Suite 3000<br>Denver, CO 80202<br>Telephone:  (303) 297-2400<br>Facsimile:    (303) 292-7799 |
| John P. Passarelli (*pro hac vice*)<br>john.passarelli@kutakrock.com<br>James M. Sulentic (*pro hac vice*)<br>james.sulentic@kutakrock.com<br>Carol A. Svolos (*pro hac vice*)<br>carol.svolos@kutakrock.com<br>Jonathan I. Baker (*pro hac vice*)<br>jonathan.baker@kutakrock.com<br>**KUTAK ROCK LLP**<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE  68102-1148<br>Telephone:  (402) 346-6000<br>Facsimile:    (213) 312-4001 | Masao Yoshimura (SBN 283453)<br>myoshimura@cyiplaw.com<br>**CHEN YOSHIMURA LLP**<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054<br>Telephone:   (408) 753-1130<br>Facsimile:    (240) 238-2825 |

Attorneys for Defendants RORZE CORPORATION
and RORZE AUTOMATION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAWASAKI JUKOGYO KABUSHIKI KAISHA,<br><br>Plaintiff,<br><br>v.<br><br>RORZE CORPORATION AND RORZE AUTOMATION, INC.,<br><br>Defendants. | Case No.:  5:22-cv-04947-PCP<br><br>**DEFENDANTS RORZE CORPORATION AND RORZE AUTOMATION, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AS QUOTED IN AND ATTACHED AS EXHIBITS TO DEFENDANTS' ANSWER AND COUNTERCLAIMS FOR INEQUITABLE CONDUCT, ANTITRUST, AND DECLARATORY JUDGMENT** |

1  Defendants and Counterclaim Plaintiffs Rorze Corporation and Rorze Automation, Inc. (collectively "Rorze") hereby file this Answer and Counterclaims, with Exhibits thereto, under seal pursuant to Civil Local Rule 79-5(f) and the Honorable Judge Pitts' Standing Order for Civil Cases Section VII.G. Rorze respectfully submits to the Court that paragraph 61 of Rorze's Counterclaims and Exhibits 20 and 21 thereto cite to or quote discovery materials designated by Plaintiff Kawasaki Jukogyo Kabushiki Kaisha ("Kawasaki") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Stipulated Protective Order as Modified by the Court, Document 68 paragraph 2.6.

Accordingly, Rorze requests that this Court consider whether such Answer and Counterclaims attached hereto should be sealed due to Kawasaki's AEO designations.

Dated:  September 7, 2023  KUTAK ROCK LLP

By: */s/ John P. Passarelli*
    Jason S. Jackson
    Saundra K. Wootton
    John P. Passarelli
    James M. Sulentic
    Carol A. Svolos
    Jonathan I. Baker
    Robin E. Perkins
    Aaron A. Myers
    Attorneys for Defendants RORZE CORPORATION and RORZE AUTOMATION, INC.