THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
MOLLY A. JONES (SBN 301419)
   mojones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

JAMES R. SOBIERAJ (*pro hac vice*)
   jsobieraj@crowell.com
ROBERT S. MALLIN (*pro hac vice*)
   rmallin@crowell.com
TADASHI HORIE (*pro hac vice*)
   thorie@crowell.com
ERIC MOSS (*pro hac vice*)
   emoss@crowell.com
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Plaintiff*
KAWASAKI JUKOGYO KABUSHIKI KAISHA A/K/A
KAWASAKI HEAVY INDUSTRIES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAWASAKI JUKOGYO KABUSHIKI KAISHA,<br><br>   Plaintiff,<br><br>   v.<br><br>RORZE CORPORATION AND RORZE AUTOMATION, INC.,<br><br>   Defendants. | Case No. 5:22-cv-04947-PCP (SVK)<br><br>**KAWASAKI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

KAWASAKI'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED; CASE NO. 5:22-cv-04947-PCP (SVK)

Pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order entered by this Court (Dkt. No. 68), Plaintiff Kawasaki Jukogyo Kabushiki Kaisha ("Kawasaki"), respectfully submits this administrative motion to consider whether Defendants Rorze Corporation and Rorze Automation, Inc.'s (collectively, "Rorze") material should be sealed regarding certain documents submitted with Kawasaki's Motion for Leave to Amend Infringement Contentions, which will be filed subsequent to this administrative motion. Rorze has designated the documents as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Specifically, the documents subject to this administrative motion include:

| Document | Portions of Document to be Sealed | Designating Party |
|---|---|---|
| Exhibits 1-6 to Kawasaki's Motion for Leave to Amend Infringement Contentions | Annotated images of RORZE065589 and RORZE009286 | Rorze |
| Exhibits 7-12 to Kawasaki's Motion for Leave to Amend Infringement Contentions, which are redlines of Exhibits 1-6 | Annotated images of RORZE065589 and RORZE009286 | Rorze |
| Exhibit 14 to Kawasaki's Motion for Leave to Amend Infringement Contentions, which contains Exhibits C (RORZE000042), D (RORZE065589), E (RORZE009286), and F (RORZE009363) | Entirety | Rorze |

Along with this administrative motion, Kawasaki submits a proposed order, declaration of Eric Moss in support, and unredacted copies of the documents referenced above. Kawasaki expects Rorze to file one or more declarations in accordance with Civil Local Rule 79-5(f)(3).

Dated: June 12, 2024

CROWELL & MORING LLP

By: */s/ Eric Moss*
Thomas F. Koegel
Molly A. Jones
James R. Sobieraj
Robert S. Mallin
Tadashi Horie
Eric Moss

*Attorneys for Plaintiff*
KAWASAKI JUKOGYO KABUSHIKI KAISHA A/K/A KAWASAKI HEAVY INDUSTRIES, LTD.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

KAWASAKI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; CASE NO. 5:22-cv-04947-PCP (SVK)