UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KAWASAKI JUKOGYO KABUSHIKI KAISHA, | Case No. 5:22-cv-04947-PCP (SVK) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING KAWASAKI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| RORZE CORPORATION, et al., | Re: Dkt. No. 142 |
| Defendants. | |

Plaintiff Kawasaki Jukogyo Kabushiki Kaisha ("Kawasaki") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion for Leave to Amend Infringement Contentions. Having carefully considered the papers submitted and any responsive statement or declaration filed by Defendants Rorze Corporation and Rorze Automation, Inc. (collectively, "Rorze") pursuant to Civil Local Rule 79-5(f)(3), the Court rules as follows:

| Document | Portions to Be Sealed | Granted or Denied |
|---|---|---|
| Exhibits 1-6 to Kawasaki's Motion for Leave to Amend Infringement Contentions | Annotated images of RORZE065589 and RORZE009286 | |
| Exhibits 7-12 to Kawasaki's Motion for Leave to Amend Infringement Contentions, which are redlines of Exhibits 1-6 | Annotated images of RORZE065589 and RORZE009286 | |
| Exhibit 14 to Kawasaki's Motion for Leave to Amend Infringement Contentions, which contains Exhibits C (RORZE000042), D (RORZE065589), E (RORZE009286), and F (RORZE009363) | Entirety | |

**IT IS SO ORDERED.**

DATED: _____     _____

The Honorable P. Casey Pitts
United States District Judge