UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAWASAKI JUKOGYO KABUSHIKI KAISHA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RORZE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-04947-PCP (SVK)<br><br>**[PROPOSED] ORDER GRANTING KAWASAKI'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-6**<br><br>Re: Dkt. No. 143 |

　　Plaintiff Kawasaki Jukogyo Kabushiki Kaisha ("Kawasaki") has filed a Motion for Leave to Amend Infringement Contentions Pursuant to Patent Local 3-6. Having carefully considered the papers submitted, any oral argument, and all other matters presented to the Court, and good cause having been shown, the Court **GRANTS** Kawasaki leave to amend its infringement contentions. The operative date of Kawasaki's amended infringement contentions is June 11, 2024.

**IT IS SO ORDERED.**

　DATED: _____

_____
The Honorable P. Casey Pitts
United States District Judge