THOMAS F. KOEGEL (SBN 125852)
   tkoegel@crowell.com
MOLLY A. JONES (SBN 301419)
   mojones@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

ROBERT S. MALLIN (*pro hac vice*)
   rmallin@crowell.com
TADASHI HORIE (*pro hac vice*)
   thorie@crowell.com
MARK H. REMUS (*pro hac vice*)
   mremus@crowell.com
**CROWELL & MORING LLP**
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

*Attorneys for Plaintiff*
KAWASAKI JUKOGYO KABUSHIKI KAISHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAWASAKI JUKOGYO KABUSHIKI KAISHA,<br><br>               Plaintiff,<br><br>   v.<br><br>RORZE CORPORATION AND RORZE AUTOMATION, INC.,<br><br>               Defendants. | Case No. 5:22-cv-04947-PCP<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: JOINT PRETRIAL STATEMENT** |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Protective Order entered by this Court (Dkt. 68), the parties respectfully submit this administrative motion to consider whether Defendants Rorze Corporation and Rorze Automation, Inc.'s (collectively, "Rorze") material should be sealed in the Parties' Joint Pretrial Statement, which the Parties will file subsequent to this Administrative Motion. Rorze has designated certain material within the Joint Pretrial Statement as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. The documents subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Designating Party |
|---|---|---|
| Joint Pretrial Statement | References to the names of the entities to which Rorze sold the accused products. | Rorze |

Along with this Administrative Motion, Kawasaki submits a proposed order, declaration of Molly A. Jones in support, and unredacted or unsealed copies of the documents referenced above. Kawasaki does not agree with Rorze's position on the confidentiality of this information and expects Rorze to file one or more declarations in accordance with Civil Local Rule 79-5(f)(3).

Dated: December 19, 2025

CROWELL & MORING LLP

By: */s/ Molly A. Jones*
    Thomas F. Koegel
    Molly A. Jones
    Robert S. Mallin
    Tadashi Horie
    Mark H. Remus

*Attorneys for Plaintiff*
KAWASAKI JUKOGYO KABUSHIKI KAISHA A/K/A KAWASAKI HEAVY INDUSTRIES, LTD.