| | |
|---|---|
| THOMAS F. KOEGEL (SBN 125852)<br>tkoegel@crowell.com<br>MOLLY A. JONES (SBN 301419)<br>mojones@crowell.com<br>**CROWELL & MORING LLP**<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br><br>ROBERT S. MALLIN (*pro hac vice*)<br>rmallin@crowell.com<br>TADASHI HORIE (*pro hac vice*)<br>thorie@crowell.com<br>MARK H. REMUS (*pro hac vice*)<br>**CROWELL & MORING LLP**<br>300 N. LaSalle Drive<br>Suite 2500<br>Chicago, IL 60654<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299<br><br>*Attorneys for Plaintiff*<br>KAWASAKI JUKOGYO KABUSHIKI KAISHA. | SAUNDRA K. WOOTTON (SBN 224674)<br>saundra.wootton@kutakrock.com<br>**KUTAK ROCK LLP**<br>777 South Figueroa Street, Suite 4550<br>Los Angeles, California 90017<br>Telephone: (213) 312-4000<br>Facsimile: (213) 312-4001<br><br>JOHN P. PASSARELLI (*pro hac vice*)<br>john.passarelli@kutakrock.com<br>JONATHAN I. BAKER (*pro hac vice*)<br>jonathan.baker@kutakrock.com<br>**KUTAK ROCK LLP**<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102<br>Telephone: (402) 346-6000<br>Facsimile: (402) 346-1148<br><br>(Additional Counsel Listed on Signature Page)<br><br>*Attorneys for Defendants*<br>RORZE CORPORATION and RORZE AUTOMATION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAWASAKI JUKOGYO KABUSHIKI KAISHA,<br><br>    Plaintiff,<br><br>    v.<br><br>RORZE CORPORATION AND RORZE AUTOMATION, INC.,<br><br>    Defendants. | Case No. 5:22-cv-04947-PCP<br><br>**JOINT SEALING MOTION IN RESPONSE TO COURT ORDER (DKT. NO. 321)** |

1     Plaintiff Kawasaki Jukogyo Kabushiki Kaisha ("Kawasaki") and Defendants Rorze Corporation and Rorze Automation, Inc. (collectively, "Rorze") submit this joint sealing motion consolidating the pending sealing motions related to (1) the parties' motions in limine (Dkt. Nos. 288, 289, 291, 292, 303) and (2) the parties' joint pretrial statement (Dkt. No. 310).  In compliance with the Court's order regarding this joint sealing motion (Dkt. No. 321), the parties respectfully submit the table included herewith as Exhibit 1 that organizes all pending sealing requests by document (which are also included herewith as exbibits) and includes the following:

- Name and exhibit number of the document
- Material proposed to be sealed in the document (e.g., by highlight color)
    - Material proposed to be sealed by Kawasaki is highlighted in blue
    - Material proposed to be sealed by Rorze is highlighted in yellow
- Legal standard that applies (i.e, good cause or compelling reasons)
- Party or parties seeking to seal the material
- If the Court has previously ruled on any request to seal the material, the Court's ruling (with a citation).  If the Court has not, a brief summary of the rationale for sealing with attention to the considerations of Local Rule 79-5(c)(1).
- The docket citation to the original sealing motion for the docket.

Regarding the pending motions to seal, the parties note that the below motions to seal will be mooted by the filing and adjudication of this joint sealing motion.  Under each pending motion to seal, the parties list the documents that were provisionally filed under seal that may be unsealed because neither party has opposed their filing on the public docket:

- Dkt. No. 288: Kawasaki's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (in connection with Kawasaki's Motion in Limine No. 1 (Dkt. No. 293)).
- Dkt. No. 289: Kawasaki's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (in connection with Kawasaki's Motion in Limine No. 2 (Dkt. No. 294)).

- Dkt. No. 291: Kawasaki's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (in connection with Kawasaki's Motion in Limine No. 3 (Dkt. No. 295)).
    - Dkt. Nos. 291-2 and 291-3 may be unsealed.
- Dkt. No. 292: Kawasaki's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (in connection with Kawasaki's Motion in Limine No. 5 (Dkt. No. 297)).
- Dkt. No. 303: Rorze's Administrative Motion to File under Seal and Consider Whether Another Party's Material Should Be Sealed (in connection with Rorze's Responses to Kawasaki's Motions in Limine (Dkt. Nos. 304, 305, 306, 307, 308)).
    - Dkt. Nos. 303-9, 303-10, and 303-11 may be unsealed.
- Dkt. No. 310: Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (in connection with the Joint Pretrial Statement (Dkt. No. 311)).

Lastly, the parties submit this joint sealing motion and accompanying exhibits under seal per the Court's order.

Respectfully submitted,

Dated: February 3, 2026

KUTAK ROCK LLP

By: /s/ *Jonathan I. Baker*
Saundra K. Wootton
John P. Passarelli
Carol A. Svolos
Jonathan I. Baker
Jason S. Jackson
Aaron A. Myers
Robin E. Perkins

CHEN YOSHIMURA LLP
Masao Yoshimura

|   |   |
|---|---|
|   | *Attorneys for Defendants*<br>RORZE CORPORATION and RORZE AUTOMATION, INC. |
| Dated: February 3, 2026 | CROWELL & MORING LLP |
|   | By: /s/ Robert S. Mallin<br>Thomas F. Koegel<br>Molly A. Jones<br>Robert S. Mallin<br>Tadashi Horie<br>Mark H. Remus |
|   | *Attorneys for Plaintiff*<br>KAWASAKI JUKOGYO KABUSHIKI KAISHA A/K/A KAWASAKI HEAVY INDUSTRIES, LTD. |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: /s/ Robert S. Mallin